**Dismissed and Memorandum Opinion filed March 29, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00039-CV**

_____

**DEMETRIO DIAZ AND ALICIA GARZA-DIAZ, Appellants**

**V.**

**WELLS FARGO BANK, N.A. AND COCHRAN INVESTMENTS, INC., Appellees**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2010-49015**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed September 14, 2011. Appellants filed a timely motion for new trial on October 14, 2011. Appellants' notice of appeal was filed January 12, 2012.

When appellant has filed a timely motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of law, the notice of appeal must be filed within ninety days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a). Appellants' notice of appeal was not filed timely. A motion for

extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26). Appellants' notice of appeal was not filed within the fifteen-day period provided by rule 26.3

On March 1, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellants filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.